# YARON & ASSOCIATES
ATTORNEYS AT LAW

GEORGE D. YARON, ESQ.†*
JAMES I. SILVERSTEIN, ESQ.†
DAVID GRAY DOUGLAS, ESQ.†
D. DAVID STEELE, ESQ.†
HENRY M. SU, ESQ.†
KEITH E. PATTERSON, ESQ.†

BLAKE J. RUSSUM, ESQ.†
ANDREW K. MURPHY, ESQ.†
ALICE T. WONG, ESQ.†
MICHAEL J. PENG, ESQ.†
MATTHEW A. ZAVALA, ESQ.†
HIELAM CHAN, ESQ.†
LISA A. TAPPER, ESQ.†

†ADMITTED IN CALIFORNIA
*ADMITTED IN NEVADA

601 CALIFORNIA STREET · TWENTY-FIRST FLOOR
SAN FRANCISCO · CALIFORNIA 94108-2826
TELEPHONE: (415) 658-2929
FACSIMILE: (415) 658-2930

February 28, 2011

*Via U.S. Mail and E-mail*

The Honorable Samuel Conti
United States District Court
Courtroom 1 - 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Colony Insurance Company v. Portfolio Lending, et al.*
      Our File No.:      3452

Dear Judge Conti:

This is a joint letter from all counsel.

All counsel acknowledge receipt of the Court's January 18, 2011, Order Re: Jury Trial Preparation, which is Document 30, on the Court's Electronic Docket. After conferring with each other, the consensus amongst all counsel is that this action should be submitted as a Bench Trial, as set forth in the parties' Case Management Conference Statements. Therefore, the parties will comply with the Court's September 17, 2010, Status Conference Order Setting Times for Compliance with Certain Rules of Court, which is Document 27, on the Court's Electronic Docket.

Very truly yours,

HENRY M. SU, for Defendants Portfolio Lending and Donald Kung

/s/
MICHELE L. MCGILL, for Defendant Sam Leonetti

/s/
ALAN H. LAZAR, for Plaintiff Colony Insurance Company

GDY\HMS\hs

G:\3452\conti.25feb11wpd.wpd

APPROVED
Judge Samuel Conti
3/1/11