GEORGE D. YARON, ESQ. (State Bar #96246)
HENRY M. SU, ESQ. (State Bar #171853)
MATTHEW A. ZAVALA, ESQ. (State Bar #265663)
**YARON & ASSOCIATES**
601 California Street, 21st Floor
San Francisco, California 94108-2281
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

Attorneys for Defendants
PORTFOLIO LENDING, INC., and
DONALD KUNG, an individual

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY, a Virginia) Corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>PORTFOLIO  LENDING,  INC.,  DONALD) KUNG, an individual, and SAM LEONETTI, an ) individual,<br><br>                    Defendants. | CASE NO. 10-CV-00740-SC<br><br>**REQUEST  AND  STIPULATION  AND** [PROPOSED] **ORDER** |

        The parties to the above entitled action hereby request and stipulate by and through their

respective counsel of record herein that:

        (A)    All parties have agreed to participate in a mediation before the Honorable Richard

Silver with JAMS on March 28, 2011.

        (B)    The deadline is hereby extended from March 28, 2011, to April 4, 2011, to file

and exchange the following documents as set forth in the March 1, 2011, Court Trial Preparation

Order:

                (1)    Proposed Findings of Fact and Conclusions of Law

                (2)    A trial brief.

                (3)    A list of exhibits.

                (4)    A list of witnesses, including expert witnesses, in the expected order of

1   their presentation.

2           (5)    A statement designating all excerpts from depositions (specifying the

3   witness' name, with page and line references), answers to interrogatories, and responses to

4   requests for admission to be offered at trial for any purpose other than impeachment or rebuttal.

5         It is so stipulated.

6

7   DATED: March _11_, 2011                CHARLSTON, REVICH & WOLLITZ, LLP

8

9                                  By:_____

10                                  ALAN H. LAZAR
                                    Attorney for Plaintiff COLONY
                                    INSURANCE COMPANY

11

12  DATED: March ____, 2011                YARON & ASSOCIATES

13

14                                   By:_____
                                      GEORGE D. YARON

15                                    HENRY M. SU
                                      MATTHEW A. ZAVALA

16                                    Attorneys for Defendants Portfolio Lending,
                                      Inc., and Donald Kung, individually

17

18  DATED: March ____, 2011                LAW OFFICE OF MICHELLE L. MCGILL

19

20                                   By:_____
                                      MICHELLE L. MCGILL

21                                    Attorneys for Defendant Sam Leonetti

22  IT IS SO ORDERED.

23

24  DATE: March ____, 2011                By:_____

25                                 **The Honorable Samuel Conti**

26                                   **United States District Court Judge**

27

28

1  their presentation.

2          (5)    A statement designating all excerpts from depositions (specifying the

3  witness' name, with page and line references), answers to interrogatories, and responses to

4  requests for admission to be offered at trial for any purpose other than impeachment or rebuttal.

5          It is so stipulated.

6

7  DATED: March _____, 2011                    CHARLSTON, REVICH & WOLLITZ,
                                               LLP
8

9                                              By: _____
10                                                 ALAN H. LAZAR
                                                   Attorney for Plaintiff COLONY
11                                                 INSURANCE COMPANY

12  DATED: March _11_, 2011                    YARON & ASSOCIATES

13

14                                             By: _____
                                                   GEORGE D. YARON
15                                                 HENRY M. SU
                                                   MATTHEW A. ZAVALA
16                                                 Attorneys for Defendants Portfolio Lending,
                                                   Inc., and Donald Kung, individually
17

18  DATED: March _11_, 2011                    LAW OFFICE OF MICHELLE L. MCGILL

19
                                               By: _Michelle McGill_____
20                                                 MICHELLE L. MCGILL
                                                   Attorneys for Defendant Sam Leonetti
21

22  IT IS SO ORDERED.

23

24  DATE: March _15_, 2011                     By: _____
25                                                 The Honorable
                                                   United States District Court Judge
26

27

28

1

## CERTIFICATE OF SERVICE

2      I am over 18 years of age and not a party to the within action. I am employed in the

3  County of San Francisco; my business address is **Yaron & Associates, 601 California Street,**

4  **Suite 2100, San Francisco, California 94108.**

5      On **March 14, 2011,** I served the within:

6

## REQUEST AND STIPULATION AND [PROPOSED] ORDER

7

8  on all parties in this action, as addressed below, by causing a true copy thereof to be distributed
   as follows:

9

*TO ALL PARTIES ON THE ECF SERVICE LIST*

10

✖      **VIA ELECTRONIC SERVICE:**     I served a true copy, with all exhibits, electronically on

11                                      designated recipients through PACER. Upon completion of
                                        electronic transmission of said document(s), a receipt is issued

12                                      to serving party acknowledging receipt by PACER's system.
                                        Once PACER has served all designated recipients, proof of

13                                      electronic service is returned to the filing party which will be
                                        maintained with the original document(s) in our office. This

14                                      service complies with CCP §101.6.

15

16      I declare under penalty of perjury under the laws of the State of California that the

17  foregoing is true and correct, and that this declaration was executed on **March 14, 2011,** at San
    Francisco, California.

18

19

20  **Lorenia Ramirez**
    lramirez@yaronlaw.com

21

22

23

24

25

26

27

28