Jeffrey A. Charlston (State Bar No. 65427)
E-Mail: jcharlston@crwllp.com;
Telephone: (310) 551-7010
Alan H. Lazar (State Bar No. 46308)
E-Mail: alazar@crwllp.com
Telephone: (310) 551-7004
**CHARLSTON, REVICH & WOLLITZ LLP**
1925 Century Park East, Suite 1250
Los Angeles, California 90067
Facsimile: (310) 203-9321

Attorneys for Plaintiff
Colony Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY, a Virginia corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PORTFOLIO LENDING, INC., DONALD KUNG, an individual, and SAM LEONETTI, an individual,<br><br>Defendants, | Case No. 3:10-CV-00740-SC<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Colony Insurance Company and Defendants Portfolio Lending, Inc. Donald Kung and Sam Leonetti through their designated counsel, that:

{00037810.DOCX 1}

1

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1.     The entire above-captioned action shall be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own fees and costs

DATED: April 4, 2011        CHARLSTON, REVICH & WOLLITZ LLP

By:  /s/ *Alan H. Lazar*
      Alan H. Lazar
Attorneys for Plaintiff
COLONY INSURANCE COMPANY, INC.

DATED: April 4, 2011        YARON & ASSOCIATES

By: _____
      Henry M. Su
Attorneys for Defendants
Portfolio Lending, Inc., Donald Kung

DATED: April 4, 2011        LAW OFFICES OF MICHELE L. MCGILL

By:  /s/ *Michele L. McGill*
      Michele L. McGill
Attorneys for Defendant Sam Leonetti

**CERTIFICATE OF SERVICE**

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is **Yaron & Associates, 601 California Street, Suite 2100, San Francisco, California 94108.**

On **April 6, 2011,** I served the within:

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

*TO ALL PARTIES ON THE ECF SERVICE LIST*

☒     **VIA ELECTRONIC SERVICE:**    I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **April 6, 2011**, at San Francisco, California.

*Lorenia Ramirez* (signature)
**Lorenia Ramirez**
lramirez@yaronlaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY, a Virginia corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PORTFOLIO LENDING, INC., DONALD KUNG, an individual, and SAM LEONETTI, an individual,<br><br>Defendants, | Case No. 3:10-CV-00740-SC<br><br>[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

Based upon the stipulation of the parties for an order dismissing the entire captioned action with prejudice, with each party to bear its own fees and costs, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. The above captioned action is dismissed with prejudice in its entirety.
2. Each party shall bear its own fees and cost.

IT IS SO ORDERED.

DATED: 4/6/11

_____
UNITED STATES DISTRICT JUDGE

*[Signature and seal: IT IS SO ORDERED, Judge Samuel Conti]*

{00037812.DOCX 1}                                           1

## CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is **Yaron & Associates, 601 California Street, Suite 2100, San Francisco, California 94108.**

On **April 6, 2011**, I served the within:

**[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

*TO ALL PARTIES ON THE ECF SERVICE LIST*

☒ **VIA ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **April 6, 2011**, at San Francisco, California.

*/s/ Lorenia Ramirez*
**Lorenia Ramirez**
lramirez@yaronlaw.com